1  KEKER & VAN NEST LLP
   STEVEN A. HIRSCH - #171825
2  shirsch@kvn.com
   STEVEN P. RAGLAND - #221076
3  sragland@kvn.com
   NEHA MEHTA - #298771
4  nmehta@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:   415-391-5400
6  Facsimile:   415-397-7188

7  Attorneys for Petitioner
   RICKEY LEON SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEON SCOTT, | Case No. 3:16-cv-06584-JST |
| Petitioner, | [Related to case 16-cv-01391-JST] |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE TRAVERSE** |
| ERIC ARNOLD, Warden of California State Prison, Solano, | |
| Respondent. | Judge:   Hon. Jon S. Tigar |
| | Date Filed: November 14, 2016 |

1  Rickey Leon Scott ("Petitioner" or "Mr. Scott") and Eric Arnold, Warden of California State Prison, Solano ("Respondent") hereby file this Stipulation and [Proposed] Order to extend Petitioner's time to file the Traverse in response to Respondent's answer to the petition for habeas corpus:

WHEREAS, on November 14, 2016, Keker, Van Nest & Peters, pro-bono counsel for Mr. Scott, filed a petition for habeas corpus on behalf of Mr. Scott;

WHEREAS, on January 17, 2017, Respondent filed a motion to dismiss Petitioner's habeas corpus petition;

WHEREAS on October 2, 2017, the Court denied Respondent's motion to dismiss;

WHEREAS, on December 1, 2017, Respondent filed a motion for extension of time to file the answer to the petition for writ of habeas corpus;

WHEREAS, on December 4, 2017, the Court granted Respondent's motion for extension of time;

WHEREAS, on January 16, 2017, Respondent filed the answer to the petition for writ of habeas corpus;

WHEREAS, counsel for Petitioner have scheduling conflicts and require additional time to consider the legal issues presented to respond to Respondent's answer;

WHEREAS, the parties agree that Mr. Scott may have a 60-day extension to file his traverse in support of his petition for writ of habeas corpus;

**IT IS HEREBY STIPULATED**, by and between the parties hereto, that Petitioner will have until April 27, 2018 to serve and file the traverse.

**SO STIPULATED**

Dated: February 14, 2018           KEKER & VAN NEST LLP

                                   By:  */s/ Neha Mehta*
                                        STEVEN A. HIRSCH
                                        STEVEN P. RAGLAND
                                        NEHA MEHTA

                                        Attorneys for Petitioner
                                        RICKEY LEON SCOTT

IT IS SO ORDERED
Judge Jon S. Tigar

February 15, 2018

1
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE TRAVERSE
Case No. 3:16-cv-06584-JST

| | | |
|---|---|---|
| 1 | **SO STIPULATED.** | |
| 2 | Dated: February 14, 2018 | OFFICE OF THE ATTORNEY GENERAL |
| 3 | | |
| 4 | | By: *s/Michele Swanson* |
| 5 | | MICHELE SWANSON |
| 6 | | Attorney for Respondent<br>ERIC ARNOLD, Warden of California<br>State Prison, Solano |
| 7 | | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
HONORABLE JON S. TIGAR

---

2
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE TRAVERSE
Case No. 3:16-cv-06584-JST

1241611