1  KEKER & VAN NEST LLP
   STEVEN A. HIRSCH - #171825
2  shirsch@kvn.com
   STEVEN P. RAGLAND - #221076
3  sragland@kvn.com
   NEHA MEHTA - #298771
4  nmehta@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:  415-391-5400
6  Facsimile:  415-397-7188

7  Attorneys for Petitioner
   RICKEY LEON SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEON SCOTT,<br><br>  Petitioner,<br><br>  v.<br><br>ERIC ARNOLD, Warden of California State Prison, Solano,<br><br>  Respondent. | Case No. 3:16-cv-06584-JST<br><br>[Related to case 16-cv-01391-JST]<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE TRAVERSE**<br><br>Judge:   Hon. Jon S. Tigar<br><br>Date Filed: November 14, 2016 |

Rickey Leon Scott ("Petitioner" or "Mr. Scott") and Eric Arnold, Warden of California State Prison, Solano ("Respondent") hereby file this Stipulation and [Proposed] Order to extend Petitioner's time to file the Traverse in response to Respondent's answer to the petition for habeas corpus:

WHEREAS, on November 14, 2016, Keker, Van Nest & Peters, pro-bono counsel for Mr. Scott, filed a petition for habeas corpus on behalf of Mr. Scott;

WHEREAS, on January 17, 2017, Respondent filed a motion to dismiss Petitioner's habeas corpus petition;

WHEREAS on October 2, 2017, the Court denied Respondent's motion to dismiss;

WHEREAS, on January 16, 2018, Respondent filed the answer to the petition for writ of habeas corpus;

WHEREAS, the traverse is set to be due on April 27, 2018;

WHEREAS, due to the press of business and unexpected issues, counsel for Petitioner requires one extra week to complete the traverse;

WHEREAS, the parties agree that Mr. Scott may have a one-week extension to file his traverse in support of his petition for writ of habeas corpus;

**IT IS HEREBY STIPULATED**, by and between the parties hereto, that Petitioner will have until May 4, 2018 to serve and file the traverse.

**SO STIPULATED.**

Dated: April 26, 2018                                KEKER & VAN NEST LLP

By: */s/ Neha Mehta*
STEVEN A. HIRSCH
STEVEN P. RAGLAND
NEHA MEHTA

Attorneys for Petitioner
RICKEY LEON SCOTT

///

Dated: April 27, 2018



IT IS SO ORDERED
Judge Jon S. Tigar

1
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE TRAVERSE
Case No. 3:16-cv-06584-JST

1269152

| | | |
|---|---|---|
|1| **SO STIPULATED.** | |
|2| Dated: April 26, 2018 | OFFICE OF THE ATTORNEY GENERAL |
|3| | |
|4| | By: *s/Michele Swanson* |
|5| | MICHELE SWANSON |
|6| | Attorney for Respondent<br>ERIC ARNOLD, Warden of California<br>State Prison, Solano |
|7| | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
HONORABLE JON S. TIGAR

2
STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE TRAVERSE
Case No. 3:16-cv-06584-JST

1269152